NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARL A. KUMMER,                                )
                                               )
          Appellant,                           )
                                               )
v.                                             )        Case No. 2D18-1587
                                               )
THE BANK OF NEW YORK MELLON                    )
f/k/a THE BANK OF NEW YORK, AS                 )
SUCCESSOR TRUSTEE TO                           )
JPMORGAN CHASE BANK, N.A.,                     )
AS TRUSTEE FOR THE                             )
CERTIFICATEHOLDERS OF BEAR                     )
STEARNS ALT-A TRUST 2005-1                     )
MORTGAGE PASS-THROUGH                          )
CERTIFICATES SERIES 2005-1.,                   )
                                               )
          Appellee.                            )
_____)

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Manatee
County; Lon Arend, Judge.

Karl A. Kummer, pro se.

Kimberly S. Mello and Vitaliy Kats of
Greenberg Traurig, P.A., Tampa, for
Appellee.


PER CURIAM.

          Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.